UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC., <br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, <br><br> Defendant. | Civil Action No. <br> 2:08-CV-04494-JLL-CCC |

## CONSENT JUDGMENT

The parties consent to entry of judgment in this action as follows:

1.    Claims 43-48, 51, 54, 67, 69, 72 and 74 of U.S. Reissue Patent No. 39,221 ("the RE221 patent") that have been asserted in this Civil Action No. 2:08-cv-04494-JLL-CCC:

    a) are in all respects valid and enforceable;

    b) have been and are being infringed by Amneal Pharmaceuticals, LLC ("Amneal") under 35 U.S.C. § 271 by Amneal's making, importing, using, selling and/or offering to sell the product that is the subject of Abbreviated New Drug Application ("ANDA") No. 90-485 ("Amneal's Product").

2. This Court shall retain jurisdiction over this action including without limitation over implementation of or disputes arising out of this Consent Judgment and the settlement of this action.

3. Each party shall bear its own costs and attorney fees.

4. Subject to the terms of this Consent Judgment, this action, including all claims, counterclaims, and affirmative defenses which have been or could have been asserted by either Party in this action, is dismissed with prejudice.

5. Notwithstanding any provision of the foregoing, Amneal shall be entitled to contest the infringement of the RE221 patent in defending any future allegation of infringement of the RE221 patent pertaining to any product not at issue in this litigation.

Dated: May 28, 2010

By: /s Jason E. Halper
Jason E. Halper
**Lowenstein Sandler PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
*Attorneys for Plaintiff*
*Ortho-McNeil-Janssen Pharmaceuticals, Inc.*

By: /s Dennies Varughese
Dennies Varughese
**Sterne, Kessler Goldstein & Fox**
1100 New York Avenue
Washington, DC 20005
(202) 371-2600
*Attorneys for Defendant*
*Amneal Pharmaceuticals*

SO ORDERED AND ADJUDGED:

Dated: 6/1/, 2010

Honorable Jose L. Linares
United States District Judge